UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Case No.  05-cr-92-01-SM

<u>Lee Wendell</u>

<u>O R D E R</u>

Defendant Wendell's motion to continue the trial is granted (document 21). Trial has been rescheduled for the February 2006 trial period. Defendant Wendell shall file a waiver of speedy trial rights not later than December 28, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea or Final Pretrial Conference:** January 18, 2006 at 2:00 p.m.

**Jury Selection**: February 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 19, 2005

cc: Bjorn Lange, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal